| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br><br>Attorney for Adam Weisberger and Kay Weisberger, Debtors | |
| In Re:<br><br>    Adam Weisberger<br>    Kay Weisberger,<br><br>                    Debtors. | Case No.: 17-35023<br><br>Chapter: 13<br><br>Hearing Date: August 22, 2018<br><br>Judge: KCF |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter:      Motion to Modify

Date: August 16, 2018        /s/Scott J. Goldstein
                                          Signature
                                          Scott J Goldstein

*rev.8/1/15*