**UNITED STATES ATTORNEY'S OFFICE**
CRAIG CARPENITO
United States Attorney
EAMONN O'HAGAN
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 645-2874

*Attorneys for the United States of America*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re* <br><br> ADAM WEISBERGER and <br> KAY WEISBERGER, <br><br> Debtors. | Chapter 13 <br><br> Case No. 17-35023-KCF <br><br> Judge Kathryn C. Ferguson <br><br> Hearing Date: September 12, 2018 <br> Hearing Time: 10:00 a.m. |

**LIMITED OBJECTION OF INTERNAL REVENUE SERVICE TO
CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

> **ATTENTION DEBTORS' COUNSEL:**
> **FOR THE REASONS STATED HEREIN, THE PROPOSED CHAPTER 13 PLAN IS FACIALLY UNCONFIRMABLE. TO THE EXTENT NO WRITTEN RESPONSE TO THIS OBJECTION IS FILED AND NO ADJOURNMENT IS OBTAINED, COUNSEL FOR THE UNITED STATES WILL NOT BE APPEARING AT THE SCHEDULED HEARING ON THIS MATTER AND WILL INSTEAD RELY ON THIS WRITTEN OBJECTION.**

THE UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service (the "Service"), submits the following limited objection to confirmation of the above-captioned debtor's Modified Chapter 13 Plan (the "Plan") [ECF Doc No. 4]. In

support thereof, the Service respectfully represents as follows:

## OBJECTION

### A. The Plan is Not Confirmable with Respect to the Service's Secured Claim

1.  With respect to the Service's Secured Claim of $41,741.88 (which is calculated based on the value of the Debtors' scheduled *personal* property), *see* Claim No. 1, the Plan fails to comply with the provisions of Bankruptcy Code section 1325(a)(5), which requires, *inter alia*, that a Chapter 13 Plan provide for full payment post-confirmation interest. 11 U.S.C. § 1325(a)(5). Specifically, the Plan fails to provide for separate classification and payment of the Secured Claim. *See* Plan, Part 4. Instead, the Plan lists the Debtors' entire debt to the Service as an unsecured priority claim. *Id.* Part 3. To correct this defect, the Secured Claim must be separately classified from the Service's Priority Claim and the correct rate of post-confirmation interest (5%) should be used. 11 U.S.C. § 511(a)-(b).

## CONCLUSION

WHEREFORE, for the foregoing reasons, the Service requests that the Court (i) deny confirmation of the Plan until such time as the above-referenced defects in the Plan are cured; and (ii) grant any other and further relief that the Court deems just and proper.

Dated: September 4, 2018

    CRAIG CARPENITO
    United States Attorney

    */s/ Eamonn O'Hagan*
    EAMONN O'HAGAN
    Assistant U.S. Attorney

    *Attorneys for the*
    *United States of America*