UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**UNITED STATES ATTORNEY'S OFFICE**
CRAIG CARPENITO
United States Attorney
EAMONN O'HAGAN
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 645-2874
Fax: (973) 297-2010

*Attorneys for the United States of America*

| | |
|---|---|
| In re<br><br>ADAM WEISBERGER and<br>KAY WEISBERGER,<br><br>Debtors. | Case No. 17-35023-KCF<br><br>Chapter 13<br><br>**Hearing Date: Sept. 12, 2018**<br>**Hearing Time: 10:00 a.m.**<br><br>Judge: Hon. Kathryn C. Ferguson |

## CERTIFICATE OF SERVICE

1. I, Mark R. Wojcik:

    The Paralegal Specialist for the United States Attorney for the District of New Jersey, who represents the United States of America in this matter.

2. On September 4, 2018, I sent a copy of the following pleading to the parties listed in the chart below:

    **-Limited Objection of Internal Revenue Service to Confirmation of Debtors' Chapter 13 Plan [Docket No. 24].**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date  9/6/18

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Scott J. Goldstein, Esq.<br>LAW OFFICES OF<br>SCOTT J. GOLDSTEIN, LLC<br>280 West Main Street<br>Denville, NJ 07834<br><br>sjg@sgoldsteinlaw.com<br>cmecf.sgoldsteinlaw@gmail.com<br>notices@uprightlaw.com<br>G31979@notify.cincompass.com | Debtors' Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X Notice of Electronic Filing (NEF)**<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853<br><br>docs@russotrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>**X Notice of Electronic Filing (NEF)**<br>☐ Other _____<br>(as authorized by the court *) |

2

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.