B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District Of NEW JERSEY

In re: ADAM WEISBERGER                          Case No. 17-35023
     KAY WEISBERGER

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | Ditech Financial LLC fka Green Tree Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
Phone: (800)401-6587
E-mail: SD-Bankruptcy@caliberhomeloans.com
Last Four Digits of Acct #: 1141

Court Claim # (if known): 3-1
Amount of Claim: $333,203.61
Date Claim Filed: 01/04/2018

Phone: 888-298-7785
Last Four Digits of Acct. #: 1409

Name and Address where transferee payments should be sent (if different from above):
Caliber Home Loans, Inc.
PO Box 24330
Oklahoma City, OK 73124
Phone: (800)401-6587
E-mail: SD-Bankruptcy@caliberhomeloans.com
Last Four Digits of Acct #: 1141

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ashish Rawat                                        Date 10/09/2018
   AIS Portfolio Services, LP as agent
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.