# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35023−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Adam Weisberger
fdba Clover Group Supplies, LLC
6 Brentwood Ct
Flemington, NJ 08822−3526

Kay Weisberger
6 Brentwood Ct
Flemington, NJ 08822−3526

Social Security No.:
xxx−xx−3861                                 xxx−xx−2666

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      12/5/18
Time:      02:30 PM
Location:  Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott Goldstein, Attorney for Debtor

COMMISSION OR FEES
$4945.00

EXPENSES
$501.41

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: November 16, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-35023-KCF
Adam Weisberger                                                 Chapter 13
Kay Weisberger
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Nov 16, 2018
                              Form ID: 137         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
```
db/jdb         Adam Weisberger,    Kay Weisberger,    6 Brentwood Ct,    Flemington, NJ  08822-3526
517226010      A-1 Collections Svc,    2297 Highway 33,    Hamilton Square, NJ  08690-1717
517226011      Blauner Buchholz & Assoc,    2955 Skippack Pike,    Lansdale, PA  19446-5871
517226012      Brendan W. Furlong, MVB,    101 Homestead Rd,    Oldwick, NJ  08858
517226020     ++++DITECH FINANCIAL, LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court:  Ditech Financial, LLC,    332 Minnesota St Ste 610,
                 Saint Paul, MN  55101-7707)
517315482      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517226021      Dsnb Bloom,    9111 Duke Blvd,    Mason, OH  45040-8999
517226022      Dsnb Bloomingdales,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH  45040-8053
517226023      Encore Receivable Management Inc.,    400 N Rogers Rd,    Olathe, KS  66062-1212
517226024      Hillsborough Radiology Associates,    PO Box 915,    Evansville, IN  47706-0915
517226025     +Hunterdon Medical Center,    2100 Wescott Dr,    Flemington, NJ 08822-4604
517226026      I C System,    PO Box 64378,    Saint Paul, MN  55164-0378
517226029      Julia Weisberger,    6 Brentwood Ct,    Flemington, NJ  08822-3526
517226032      Michael Harrison, Attorney at Law,    3155 State Route 10 Ste 214,    Denville, NJ  07834-3430
517226033      PCC Recovery,    646 Main St,    Port Jefferson, NY  11777-2235
517342259     +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
517226034     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517351086     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517226038     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ  07054-4522)
517267941     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517803137     +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK  73134-2500
517803138     +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK  73134,   U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2018 23:48:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2018 23:48:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 23:47:44
                 United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                 970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
517226013      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 23:49:55      Capital One,
                 15000 Capital One Dr,    Richmond, VA  23238-1119
517226014      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 23:49:54      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
517226015      E-mail/Text: bkr@cardworks.com Nov 16 2018 23:47:24      Cardworks/CW Nexus,    Attn: Bankruptcy,
                 PO Box 9201,    Old Bethpage, NY  11804-9001
517226016      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2018 23:48:00       Cb/talbots,
                 PO Box 182789,    Columbus, OH  43218-2789
517226017      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2018 23:48:00       Comenity Bank/Talbots,
                 PO Box 182125,    Columbus, OH  43218-2125
517226019      E-mail/Text: mrdiscen@discover.com Nov 16 2018 23:47:36      Discoverbank,    PO Box 15316,
                 Wilmington, DE  19850-5316
517237286      E-mail/Text: mrdiscen@discover.com Nov 16 2018 23:47:36      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517226018      E-mail/Text: mrdiscen@discover.com Nov 16 2018 23:47:36      Discover Financial,    PO Box 3025,
                 New Albany, OH  43054-3025
517262222      E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2018 23:47:53
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517335739      E-mail/Text: bkr@cardworks.com Nov 16 2018 23:47:24      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517226030      E-mail/Text: bkr@cardworks.com Nov 16 2018 23:47:24      Merrick Bank Corp,    PO Box 9201,
                 Old Bethpage, NY  11804-9001
517226031      E-mail/Text: bkr@cardworks.com Nov 16 2018 23:47:24      Merrick Bk,    PO Box 9201,
                 Old Bethpage, NY  11804-9001
517330811     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2018 23:48:10      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517331656      E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2018 23:48:04
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 16, 2018
                              Form ID: 137             Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517226036         E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 23:50:19      Syncb/carecr,    950 Forrer Blvd,
                   Kettering, OH  45420-1469
517227000        +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 23:49:52      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,     Norfolk, VA 23541-1021
517226037         E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 23:49:52      Synchrony Bank/Care Credit,
                   Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517226027*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    1111 Constitution Ave NW,
                   Washington, DC   20224-0001)
517267930*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517237022*       Internal Revenue Service,    POB 7346,    Philadelphia, PA 19101-7346
517226028*       Internal Revenue Service,    Centralized Insolvency Operation,     PO Box 7346,
                   Philadelphia, PA  19101-7346
517226035*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 283,
                   Trenton, NJ  08695-0283)
517226039*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
                   Cedar Rapids, IA  52408-8026)
517267964*      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Scott J. Goldstein    on behalf of Plaintiff Kay  Weisberger sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Joint Debtor Kay  Weisberger sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Plaintiff Adam  Weisberger sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Debtor Adam  Weisberger sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```