| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for Adam Weisberger and Kay Weisberger, Debtors | Order Filed on December 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| In Re: | | Case No.: | 17-35023 |
|---|---|---|---|
|     Adam Weisberger | | Chapter: | 13 |
|     Kay Weisberger, | | Judge: | KCF |
| | Debtors | | |

## ORDER GRANTING CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: December 12, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**ORDER GRANTING**
**CHAPTER 13 FEE**
**Page 2**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that          Scott J Goldstein          the applicant, is allowed a fee of $ 4945.00          for services rendered and expenses in the amount of
              5446.41, less $2000 paid
$ 501.41          for a total of $ prepetition          The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority in the amount of $3446.41.

☐ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $          per month for          months to allow for payment of the above fee.~~

*rev. 8/1/15*

2.