| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for Adam Weisberger and Kay Weisberger, Debtors | Order Filed on December 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>  Adam Weisberger<br>  Kay Weisberger,<br><br>                              Debtors | Case No.:<br>Chapter:<br>Judge: | 17-35023<br>13<br>KCF |

## ORDER GRANTING CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: December 12, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**ORDER GRANTING**
**CHAPTER 13 FEE**
**Page 2**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Scott J Goldstein_____ the applicant, is allowed a fee of $ 4945.00_____ for services rendered and expenses in the amount of $ 501.41_____ for a total of $ _prepetition_____ 5446.41, less $2000 paid The allowance is payable:

- ☒ through the Chapter 13 plan as an administrative priority in the amount of $3446.41.

- ☐ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $ _____ per month for _____ months to allow for payment of the above fee.~~

*rev. 8/1/15*

2.

United States Bankruptcy Court
District of New Jersey

In re:  
Adam Weisberger  
Kay Weisberger  
        Debtors

Case No. 17-35023-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 12, 2018  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.  
db/jdb        Adam Weisberger,    Kay Weisberger,    6 Brentwood Ct,    Flemington, NJ   08822-3526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:

             Albert    Russo    docs@russotrustee.com  
             Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
             Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
             Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
             Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
             Scott J. Goldstein    on behalf of Debtor Adam   Weisberger sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
             Scott J. Goldstein    on behalf of Plaintiff Kay   Weisberger sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
             Scott J. Goldstein    on behalf of Joint Debtor Kay   Weisberger sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
             Scott J. Goldstein    on behalf of Plaintiff Adam   Weisberger sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
             U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                   TOTAL: 10