| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 17-35023 / KCF**

Adam Weisberger
Kay Weisberger

Petition Filed Date: 12/12/2017
341 Hearing Date: 01/11/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2018 | $1,100.00 | 46156590 | 02/27/2018 | $1,100.00 | 47021510 | 03/29/2018 | $1,000.00 | 47875900 |
| 04/30/2018 | $1,000.00 | 48717680 | 05/29/2018 | $1,000.00 | 49448800 | 07/02/2018 | $1,000.00 | 50357090 |
| 08/01/2018 | $1,000.00 | 51153310 | 09/10/2018 | $1,000.00 | 52188300 | 10/09/2018 | $1,150.00 | 52981110 |
| 11/13/2018 | $1,200.00 | 53835360 | 12/10/2018 | $1,100.00 | 54597030 | | | |

**Total Receipts for the Period: $11,650.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Adam Weisberger | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Scott J. Goldstein<br>»» AMD DISCLOSURE 3/5/18 - ORDER 12/12/18 | Attorney Fees | $3,446.41 | $1,116.00 | $2,330.41 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2014 | Secured Creditors | $41,741.88 | $7,131.71 | $34,610.17 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2015-2016 | Priority Crediors | $15,745.46 | $0.00 | $15,745.46 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,896.75 | $0.00 | $1,896.75 |
| 4 | DISCOVER BANK | Unsecured Creditors | $1,504.00 | $0.00 | $1,504.00 |
| 5 | U.S. BANK TRUST<br>»» P/6 BRENTWOOD CT/1ST MTG/ORDER 2/20/18/DITECH | Mortgage Arrears | $5,162.74 | $882.07 | $4,280.67 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 2013 INFINITI G37 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | TOYOTA MOTOR CREDIT CORP<br>»» 2014 NISSAN SENTRA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»» BLOOMINGDALES | Unsecured Creditors | $466.44 | $0.00 | $466.44 |
| 9 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $2,615.94 | $0.00 | $2,615.94 |
| 10 | MIDLAND CREDIT AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $5,926.58 | $0.00 | $5,926.58 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CARE CREDIT | Unsecured Creditors | $3,447.68 | $0.00 | $3,447.68 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CARE CREDIT | Unsecured Creditors | $1,684.23 | $0.00 | $1,684.23 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | MERRICK BANK | Unsecured Creditors | $3,613.60 | $0.00 | $3,613.60 |
| 14 | MERRICK BANK | Unsecured Creditors | $2,184.74 | $0.00 | $2,184.74 |
| 15 | PNC Bank, N.A. | Unsecured Creditors | $8,114.90 | $0.00 | $8,114.90 |
| 16 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2014 | Secured Creditors | $9,702.63 | $1,657.72 | $8,044.91 |
| 17 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2015 | Priority Crediors | $5,573.89 | $0.00 | $5,573.89 |
| 18 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2014 RF/COSTS 11/2016 | Unsecured Creditors | $2,145.00 | $0.00 | $2,145.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,750.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $10,787.50 | Current Monthly Payment: | $2,269.00 |
| Paid to Trustee: | $916.50 | Arrearages: | $4,326.00 |
| Funds on Hand: | $2,046.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**