UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Adam Weisberger and Kay Weisberger, Debtors.

In Re:

Adam Weisberger
Kay Weisberger,
                                    Debtors.

Case No.        17-35023
Chapter
Adv. No.
Hearing Date    03/13/19
Judge:          KCF

## CERTIFICATION OF SERVICE

1. I, Scott J Goldstein ,

   ☒ represent Debtors in this matter.

   ☐ am the secretary/paralegal for _____ , who represents Debtors in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On February 13, 2019 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion to Donate, Declaration in Support, Statement as to Why No Brief is Necessary, Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Date: February 13, 2019              /s/Scott J. Goldstein (016472004)
                                            Signature

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Chapter 13 Trustee<br>1 AAA Drive, Suite 101,<br>Robbinsville, New Jersey 08691 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>1085 Raymond Blvd., Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All creditors on the attached list | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| IN RE: ADAM WEISBERGER<br>KAY WEISBERGER | CASE NO: 17-35023<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/13/2019, I did cause a copy of the following documents, described below,

Notice of Motion

Declaration in Support

Statement as to Why No Brief is Necessary

Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/13/2019

/s/ Scott J. Goldstein
Scott J. Goldstein  4291811
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ  07834
973 453 2838

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:  ADAM WEISBERGER
KAY WEISBERGER

CASE NO: 17-35023

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 2/13/2019, a copy of the following documents, described below,

Notice of Motion

Declaration in Support

Statement as to Why No Brief is Necessary

Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/13/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Scott J. Goldstein
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ  07834

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              US BANK TRUST NA AS TRUSTEE FOR LSF10    INTERNAL REVENUE SERVICE
 LABEL MATRIX FOR LOCAL NOTICING       PHELAN HALLINAN  SCHMIEG PC              CENTRALIZED INSOLVENCY OPERATIONS
03123                                  400 FELLOWSHIP ROAD                      PO BOX 7346
CASE 17-35023-KCF                      SUITE 100                                PHILADELPHIA PA 19101-7346
DISTRICT OF NEW JERSEY                 MT LAUREL NJ 08054-3437
TRENTON
WED FEB 13 15-06-29 EST 2019


EXCLUDE                                A 1 COLLECTIONS SVC                      BLAUNER BUCHHOLZ  ASSOC
US BANKRUPTCY COURT                    2297 HIGHWAY 33                          2955 SKIPPACK PIKE
402 EAST STATE STREET                  HAMILTON SQUARE NJ 08690-1717            LANSDALE PA 19446-5871
TRENTON NJ 08608-1507




BRENDAN W FURLONG MVB                  CAPITAL ONE                              CAPITAL ONE
101 HOMESTEAD RD                       PO BOX 30285                             ATTN GENERAL CORRESPONDENCEBANKRUPTCY
OLDWICK NJ 08858                       SALT LAKE CITY UT 84130-0285             PO BOX 30285
                                                                                SALT LAKE CITY UT 84130-0285




CARDWORKSCW NEXUS                      CBTALBOTS                                COMENITY BANKTALBOTS
ATTN BANKRUPTCY                        PO BOX 182789                            PO BOX 182125
PO BOX 9201                            COLUMBUS OH 43218-2789                   COLUMBUS OH 43218-2125
OLD BETHPAGE NY 11804-9001




DEPARTMENT STORES NATIONAL BANK        DISCOVER BANK                            DISCOVER FINANCIAL
CO QUANTUM3 GROUP LLC                  DISCOVER PRODUCTS INC                    PO BOX 3025
PO BOX 657                             PO BOX 3025                              NEW ALBANY OH 43054-3025
KIRKLAND WA 98083-0657                 NEW ALBANY OH 43054-3025




DISCOVER FINANCIAL SERVICES LLC        DITECH FINANCIAL LLC FKA GREEN TREE      CDITECH FINANCIAL LLC
PO BOX 3025                            SERVICIN                                 332 MINNESOTA ST STE E610
NEW ALBANY OH 43054-3025               PO BOX 6154                              SAINT PAUL MN 55101-1311
                                       RAPID CITY SOUTH DAKOTA 57709-6154




DSNB BLOOM                             DSNB BLOOMINGDALES                       ENCORE RECEIVABLE MANAGEMENT INC
9111 DUKE BLVD                         ATTN BANKRUPTCY                          400 N ROGERS RD
MASON OH 45040-8999                    PO BOX 8053                              OLATHE KS 66062-1212
                                       MASON OH 45040-8053




HILLSBOROUGH RADIOLOGY ASSOCIATES      HUNTERDON MEDICAL CENTER                 I C SYSTEM
PO BOX 915                             2100 WESCOTT DR                          PO BOX 64378
EVANSVILLE IN 47706-0915               FLEMINGTON NJ 08822-4604                 SAINT PAUL MN 55164-0378




INTERNAL REVENUE SERVICE               INTERNAL REVENUE SERVICE                 JULIA WEISBERGER
CENTRALIZED INSOLVENCY OPERATION       PO BOX 7346                              6 BRENTWOOD CT
PO BOX 7346                            PHILADELPHIA PA 19101-7346               FLEMINGTON NJ 08822-3526
PHILADELPHIA PA 19101-7346
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MERRICK BANK                         MERRICK BANK CORP                   MERRICK BK
RESURGENT CAPITAL SERVICES           PO BOX 9201                         PO BOX 9201
PO BOX 10368                         OLD BETHPAGE NY 11804-9001          OLD BETHPAGE NY 11804-9001
GREENVILLE SC 29603-0368



MICHAEL HARRISON ATTORNEY AT LAW     MIDLAND FUNDING LLC                 PCC RECOVERY
3155 STATE ROUTE 10 STE 214          PO BOX 2011                         646 MAIN ST
DENVILLE NJ 07834-3430               WARREN MI 48090-2011                PORT JEFFERSON NY 11777-2235



PNC BANK NATIONAL ASSOCIATION        PNC BANK                            QUANTUM3 GROUP LLC AS AGENT FOR
PO BOX 94982                         2730 LIBERTY AVE                    MOMA FUNDING LLC
CLEVELAND OH 44101-4982              PITTSBURGH PA 15222-4747            PO BOX 788
                                                                         KIRKLAND WA 98083-0788



STATE OF NEW JERSEY                  SYNCBCARECR                         SYNCHRONY BANK
DIVISION OF TAXATION BANKRUPTCY UNIT 950 FORRER BLVD                     CO OF PRA RECEIVABLES MANAGEMENT LLC
PO BOX 245                           KETTERING OH 45420-1469             PO BOX 41021
TRENTON NJ 08646-0245                                                    NORFOLK VA 23541-1021



SYNCHRONY BANKCARE CREDIT            TOYOTA MOTOR CREDIT CORPORATION     TOYOTA MOTOR CREDIT CORPORATION
ATTN BANKRUPTCY                      PO BOX 8026                         PO BOX 9013
PO BOX 965060                        CEDAR RAPIDS IA 52408-8026          ADDISON TEXAS 75001-9013
ORLANDO FL 32896-5060



US BANK TRUST NA AS TRUSTEE FOR LSF10 US BANK TRUST NA AS TRUSTEE FOR LSF10 US TRUSTEE
13801 WIRELESS WAY                   13801 WIRELESS WAY                  US DEPT OF JUSTICE
OKLAHOMA CITY OK 73134-2500          OKLAHOMA CITY OK 73134              OFFICE OF THE US TRUSTEE
                                     US BANK TRUST NA AS TRUSTEE FOR LS  ONE NEWARK CENTER STE 2100
                                     13801 WIRELESS WAY                  NEWARK NJ 07102-5235
                                     OKLAHOMA CITY OK 73134-2500



DEBTOR                               ALBERT RUSSO                        KAY WEISBERGER
ADAM WEISBERGER                      STANDING CHAPTER 13 TRUSTEE         6 BRENTWOOD CT
6 BRENTWOOD CT                       CN 4853                             FLEMINGTON NJ 08822-3526
FLEMINGTON NJ 08822-3526             TRENTON NJ 08650-4853



SCOTT J GOLDSTEIN
LAW OFFICES OF SCOTT J GOLDSTEIN LLC
280 WEST MAIN STREET
DENVILLE NJ 07834-1233
```