LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NEW JERSEY 07834
TEL: 973-453-2838
FAX: 973-453-2869
SJG@SGOLDSTEINLAW.COM
Scott J. Goldstein, Esq. (016472004)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| In re: | Case No. 17-35023 |
|---|---|
| Adam Weisberger and Kay Weisberger | Chapter 13 |
| Chapter 13 Debtors | Hon. ~~Kathryn~~ C. Ferguson |

**DECLARATION OF ADAM WEISBERGER AND KAY WEISBERGER**

**ADAM WEISBERGER and KAY WEISBERGER,** declare the truth of the following under penalty of perjury and pursuant to 28 U.S.C. §1746:

1. We are the debtors in the within Chapter 13 case. As such we have personal knowledge of the facts set forth in this Declaration, which we make in support of our application for leave to donate our horse to a charitable institution.

2. On December 12, 2017 we filed the within Chapter 13 case. Listed on our schedules was a horse that we valued at $40,000 at the time that we filed. That valuation was based on several factors, including a thought that he could be sold as a show horse.

3. As the case has progressed, we have not been able to sell the horse because we have discovered that he has a bad hoof and other issues that would preclude him from being sold as a show horse, which is the only valuable use to which he could be put.

4. As we cannot sell the horse, we remain responsible for all of the maintenance costs, including stabling, veterinary care, food and other sundry expenses. These expenses are becoming increasingly burdensome as our Plan continues.

5. We have been made aware of equestrian programs that will take the horse and use him for educational and other programs that his medical issues would not preclude and would thereafter take care of him for the rest of his natural life.

6. Donating the horse would be far more humane than other options such as euthanasia.

7. The horse no longer represents a valuable asset and places our plan at risk due to having to pay ongoing expenses for his care and upkeep.

8. For the foregoing reasons, we respectfully request that this Court allow us to donate the horse.

Dated: January 23, 2019

_____
ADAM WEISBERGER

Dated: January 23, 2019

_____
KAY WEISBERGER