| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Office of Scott J Goldstein LLC<br>280 West Main Street<br>Denville, NJ 07834<br>Tel: (973) 453-2838<br>Fax: (973) 453-2869<br>sjg@sgoldsteinlaw.com<br><br>Scott J Goldstein (016472004) | Order Filed on April 29, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Adam Weisberger and Kay Weisberger | Case No.: 17-35023<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: |

## Order Granting Motion to Donate

The relief set forth on the following pages, numbered two (2) through ____2_____ is hereby **ORDERED**.

**DATED: April 29, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case No.:  17-35023
Case Name:  In re Weisberger

**THIS MATTER,** having been opened to the Court on the motion of the Debtor, Adam Weisberger and Kay Weisberger, by and through counsel, Scott J. Goldstein, Esq. seeking an Order, pursuant to 11 U.S.C. §105, 11 U.S.C. §363 and 11 U.S.C. §1303, granting leave to the Debtors to donate their horse to charity and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted.
2. The Debtors are granted leave to dispose of their horse by donation to a charitable institution.
3. The donation of the aforesaid horse shall not affect the base amount to be paid through the Debtors' Plan.
4. The Debtors shall, on the completion of the transfer of the horse, provide to the Chapter 13 Trustee proof of the transfer.
5. Counsel for the Debtors shall serve a copy of this Order on all interested parties.

Case No.: 17-35023
Case Name: In re Weisberger

..........