| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Office of Scott J Goldstein LLC<br>280 West Main Street<br>Denville, NJ 07834<br>Tel: (973) 453-2838<br>Fax: (973) 453-2869<br>sjg@sgoldsteinlaw.com<br><br>Scott J Goldstein (016472004) | Order Filed on April 29, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Adam Weisberger and Kay Weisberger | Case No.: 17-35023<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: |

## Order Granting Motion to Donate

The relief set forth on the following pages, numbered two (2) through ____2_____

is

hereby **ORDERED**.

**DATED: April 29, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case No.:  17-35023
Case Name:  In re Weisberger

**THIS MATTER,** having been opened to the Court on the motion of the Debtor, Adam Weisberger and Kay Weisberger, by and through counsel, Scott J. Goldstein, Esq. seeking an Order, pursuant to 11 U.S.C. §105, 11 U.S.C. §363 and 11 U.S.C. §1303, granting leave to the Debtors to donate their horse to charity and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted.

2. The Debtors are granted leave to dispose of their horse by donation to a charitable institution.

3. The donation of the aforesaid horse shall not affect the base amount to be paid through the Debtors' Plan.

4. The Debtors shall, on the completion of the transfer of the horse, provide to the Chapter 13 Trustee proof of the transfer.

5. Counsel for the Debtors shall serve a copy of this Order on all interested parties.

Case No.:  17-35023
Case Name:  In re Weisberger

United States Bankruptcy Court
District of New Jersey

In re:  
Adam Weisberger  
Kay Weisberger  
       Debtors

Case No. 17-35023-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 29, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.  
db/jdb        Adam Weisberger,    Kay Weisberger,    6 Brentwood Ct,    Flemington, NJ   08822-3526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Craig Scott Keiser    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST craig.keiser@phelanhallinan.com  
       Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
       Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
       Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
       Robert Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
       Scott J. Goldstein    on behalf of Debtor Adam Weisberger sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
       Scott J. Goldstein    on behalf of Plaintiff Kay Weisberger sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
       Scott J. Goldstein    on behalf of Joint Debtor Kay Weisberger sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
       Scott J. Goldstein    on behalf of Plaintiff Adam Weisberger sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
       Sindi Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST smncina@rascrane.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                   TOTAL: 13