Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                              Case No.: 17−35023−KCF
                              Chapter: 13
                              Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Adam Weisberger                                                   Kay Weisberger
    fdba Clover Group Supplies, LLC                   6 Brentwood Ct
    6 Brentwood Ct                                                  Flemington, NJ 08822−3526
    Flemington, NJ 08822−3526

Social Security No.:
    xxx−xx−3861                                                      xxx−xx−2666

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/22/19 at 09:00 AM

to consider and act upon the following:

**49** − Motion re: Motion to Authorize and Direct Release of Funds Filed by Scott J. Goldstein on behalf of Adam Weisberger, Kay Weisberger. Hearing scheduled for 5/22/2019 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Declaration in Support # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Proposed Order) (Goldstein, Scott)

Dated: 5/15/19

                                                                      Jeanne Naughton
                                                                      Clerk, U.S. Bankruptcy Court