Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35023−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Adam Weisberger | Kay Weisberger |
| fdba Clover Group Supplies, LLC | 6 Brentwood Ct |
| 6 Brentwood Ct | Flemington, NJ 08822−3526 |
| Flemington, NJ 08822−3526 | |

Social Security No.:
   xxx−xx−3861                                              xxx−xx−2666

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/21/19 at 10:00 AM

to consider and act upon the following:

**49** – Motion re: Motion to Authorize and Direct Release of Funds Filed by Scott J. Goldstein on behalf of Adam Weisberger, Kay Weisberger. Hearing scheduled for 5/22/2019 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Declaration in Support # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Proposed Order) (Goldstein, Scott)

Dated: 5/15/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court