Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35023−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adam Weisberger                                 Kay Weisberger
   fdba Clover Group Supplies, LLC        6 Brentwood Ct
   6 Brentwood Ct                              Flemington, NJ 08822−3526
   Flemington, NJ 08822−3526

Social Security No.:
   xxx−xx−3861                                    xxx−xx−2666

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/21/19 at 10:00 AM

to consider and act upon the following:

*49* – Motion re: Motion to Authorize and Direct Release of Funds Filed by Scott J. Goldstein on behalf of Adam Weisberger, Kay Weisberger. Hearing scheduled for 5/22/2019 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Declaration in Support # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Proposed Order) (Goldstein, Scott)

Dated: 5/15/19

                                                          Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Adam Weisberger  
Kay Weisberger  
       Debtors

Case No. 17-35023-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin                  Page 1 of 1                  Date Rcvd: May 15, 2019
                   Form ID: ntchrgbk             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2019.
db/jdb         Adam Weisberger,    Kay Weisberger,    6 Brentwood Ct,    Flemington, NJ 08822-3526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2019 at the address(es) listed below:
        Albert    Russo     docs@russotrustee.com
        Craig Scott Keiser     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
         PARTICIPATION TRUST craig.keiser@phelanhallinan.com
        Denise E. Carlon     on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Eamonn   O'Hagan     on behalf of Creditor    United States of America (Internal Revenue Service)
         eamonn.ohagan@usdoj.gov
        Nicholas V. Rogers     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
         PARTICIPATION TRUST nj.bkecf@fedphe.com
        Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
        Robert   Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
         PARTICIPATION TRUST nj.bkecf@fedphe.com
        Scott J. Goldstein     on behalf of Debtor Adam  Weisberger sjg@sgoldsteinlaw.com,
         cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
        Scott J. Goldstein     on behalf of Plaintiff Kay  Weisberger sjg@sgoldsteinlaw.com,
         cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
        Scott J. Goldstein     on behalf of Joint Debtor Kay  Weisberger sjg@sgoldsteinlaw.com,
         cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
        Scott J. Goldstein     on behalf of Plaintiff Adam  Weisberger sjg@sgoldsteinlaw.com,
         cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
        Sindi    Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
         PARTICIPATION TRUST smncina@rascrane.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 13