| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Office of Scott J Goldstein LLC<br>280 West Main Street<br>Denville, NJ 07834<br>Tel: (973) 453-2838<br>Fax: (973) 453-2869<br>sjg@sgoldsteinlaw.com<br><br>Scott J Goldstein (016472004) | Order Filed on May 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Adam Weisberger and Kay Weisberger | Case No.: 17-35023<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: |

**Order Granting Motion to Direct Disbursement of Insurance Proceeds**

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: May 30, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Document    Page 2 of 3

Case No.: 17-35023
Case Name:

**THIS MATTER,** having been opened to the Court on the motion of the Debtor, Adam Weisberger and Kay Weisberger, by and through counsel, Scott J. Goldstein, Esq. seeking an Order, pursuant to 11 U.S.C. §105 granting the Debtor's motion to direct the release of insurance proceeds., and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted

2. GEICO is directed to pay to Toyota Motor Credit the current balance of the outstanding lien on the Debtor's 2014 Nissan Sentra;

3. To the extent that the insurance coverage on the aforesaid Nissan Sentra exceeds the current balance on the Toyota Motor Credit lien, GEICO is directed to release any excess insurance funds to the Debtor.

Case No.:  17-35023
Case Name:

..........