UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

818394
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE
FOR LSF10 MASTER PARTICIPATION TRUST

In Re:

ADAM WEISBERGER F/D/B/A CLOVER GROUP SUPPLIES, LLC
KAY WEISBERGER

Case No: 17-35023 - MBK

Judge: MICHAEL B KAPLAN

Chapter: 13

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Andrew Spivack</u>, Esquire will be substituted for as attorney of record for secured creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST in this case.[1]

Date:  December 17, 2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Withdrawing Attorney

Date:  December 17, 2019

/s/ Andrew L. Spivack
Andrew L. Spivack, Esq.
Superseding Attorney
Phelan Hallinan & Diamond, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 1566
Fax: 856-813-5501
Email: andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>818394<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST | |
| In Re:<br><br>ADAM WEISBERGER F/D/B/A CLOVER GROUP SUPPLIES, LLC<br>KAY WEISBERGER | Case No: 17-35023 - MBK<br><br>Hearing Date: _____<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Chris Villegas:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 17, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 17, 2019        /s/ *Chris Villegas*
                                    Chris Villegas

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Adam Weisberger<br>6 Brentwood Court, Flemington, NJ 08822 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Kay Weisberger<br>6 Brentwood Court, Flemington, NJ 08822 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Scott J. Goldstein, Esq., Esquire<br>280 West Main Street<br>Denville, NJ 07834 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>Cn4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.