| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-35023 / MBK**

Adam Weisberger  
Kay Weisberger

Petition Filed Date: 12/12/2017  
341 Hearing Date: 01/11/2018  
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $1,100.00 | 55273060 | 02/05/2019 | $2,269.00 | 55949140 | 03/06/2019 | $2,269.00 | 56834980 |
| 03/25/2019 | $4,398.50 | 57270320 | 06/19/2019 | $2,500.00 | 59501830 | 07/11/2019 | $2,269.00 | 60072680 |
| 08/05/2019 | $3,269.00 | 60686450 | 09/17/2019 | $2,269.00 | 61815390 | | | |

**Total Receipts for the Period: $20,343.50   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $32,993.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Adam Weisberger | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Scott J. Goldstein<br>»» ORDER 12/12/18 | Attorney Fees | $3,446.41 | $3,446.41 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2014 | Secured Creditors | $41,741.88 | $20,384.05 | $21,357.83 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2015-2016 | Priority Crediors | $15,745.46 | $0.00 | $15,745.46 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,896.75 | $0.00 | $1,896.75 |
| 4 | DISCOVER BANK | Unsecured Creditors | $1,504.00 | $0.00 | $1,504.00 |
| 5 | U.S. BANK TRUST<br>»» P/6 BRENTWOOD CT/1ST MTG/ORD 2/20/18/DITECH/SV 1/9/20 | Mortgage Arrears<br>Hold Funds: Stay Vacated | $5,162.74 | $2,521.15 | $2,641.59 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 2013 INFINITI G37 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | TOYOTA MOTOR CREDIT CORP<br>»» 2014 NISSAN SENTRA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»» BLOOMINGDALES | Unsecured Creditors | $466.44 | $0.00 | $466.44 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $2,615.94 | $0.00 | $2,615.94 |
| 10 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $5,926.58 | $0.00 | $5,926.58 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CARE CREDIT | Unsecured Creditors | $3,447.68 | $0.00 | $3,447.68 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CARE CREDIT | Unsecured Creditors | $1,684.23 | $0.00 | $1,684.23 |
| 13 | MERRICK BANK | Unsecured Creditors | $3,613.60 | $0.00 | $3,613.60 |

**Chapter 13 Case No. 17-35023 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | MERRICK BANK | Unsecured Creditors | $2,184.74 | $0.00 | $2,184.74 |
| 15 | PNC Bank, N.A. | Unsecured Creditors | $8,114.90 | $0.00 | $8,114.90 |
| 16 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2014 | Secured Creditors | $9,702.63 | $4,738.13 | $4,964.50 |
| 17 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2015 | Priority Crediors | $5,573.89 | $0.00 | $5,573.89 |
| 18 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2014 RF/COSTS 11/2016 | Unsecured Creditors | $2,145.00 | $0.00 | $2,145.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,993.50 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $31,089.74 | Current Monthly Payment: | $2,269.00 |
| Paid to Trustee: | $1,903.76 | Arrearages: | $14,579.50 |
| Funds on Hand: | $0.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**