Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35023−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adam Weisberger                                               Kay Weisberger
   fdba Clover Group Supplies, LLC               6 Brentwood Ct
   6 Brentwood Ct                                           Flemington, NJ 08822−3526
   Flemington, NJ 08822−3526

Social Security No.:
   xxx−xx−3861                                         xxx−xx−2666

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on February 20, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 21, 2020
JAN: kmm

                                                                                                                    Jeanne Naughton
                                                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-35023-MBK
Adam Weisberger                                                         Chapter 13
Kay Weisberger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Feb 21, 2020
                              Form ID: 148             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
```
db/jdb         Adam Weisberger,    Kay Weisberger,    6 Brentwood Ct,    Flemington, NJ 08822-3526
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
               1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517226010      A-1 Collections Svc,    2297 Highway 33,    Hamilton Square, NJ 08690-1717
517226011      Blauner Buchholz & Assoc,    2955 Skippack Pike,    Lansdale, PA 19446-5871
517226012      Brendan W. Furlong, MVB,    101 Homestead Rd,    Oldwick, NJ 08858
517226020    ++++DITECH FINANCIAL, LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court: Ditech Financial, LLC,    332 Minnesota St Ste 610,
               Saint Paul, MN 55101-7707)
517226023     #Encore Receivable Management Inc.,    400 N Rogers Rd,    Olathe, KS 66062-1212
517226024      Hillsborough Radiology Associates,    PO Box 915,    Evansville, IN 47706-0915
517226025     +Hunterdon Medical Center,    2100 Wescott Dr,    Flemington, NJ 08822-4604
517226029      Julia Weisberger,    6 Brentwood Ct,    Flemington, NJ 08822-3526
517226032      Michael Harrison, Attorney at Law,    3155 State Route 10 Ste 214,    Denville, NJ 07834-3430
517226033      PCC Recovery,    646 Main St,    Port Jefferson, NY 11777-2235
517342259     +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
517226034     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
517351086    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
               DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517267941     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517803137     +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
517803138     +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
               Oklahoma City, OK 73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2020 01:37:00     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2020 01:36:54     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr             EDI: IRS.COM Feb 22 2020 05:53:00      United States of America (Internal Revenue Service,
               U.S. Attorney's Office,    970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
517226013      EDI: CAPITALONE.COM Feb 22 2020 05:53:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238-1119
517226014      EDI: CAPITALONE.COM Feb 22 2020 05:53:00      Capital One,
               Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517226015      E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 22 2020 01:31:54     Cardworks/CW Nexus,
               Attn: Bankruptcy,    PO Box 9201,    Old Bethpage, NY 11804-9001
517226016      EDI: WFNNB.COM Feb 22 2020 05:53:00      Cb/talbots,    PO Box 182789,    Columbus, OH 43218-2789
517226017      EDI: WFNNB.COM Feb 22 2020 05:53:00      Comenity Bank/Talbots,    PO Box 182125,
               Columbus, OH 43218-2125
517226019      EDI: DISCOVER.COM Feb 22 2020 05:53:00      Discoverbank,    PO Box 15316,
               Wilmington, DE 19850-5316
517315482      EDI: Q3G.COM Feb 22 2020 05:48:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
               PO Box 657,    Kirkland, WA 98083-0657
517237286      EDI: DISCOVER.COM Feb 22 2020 05:53:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH 43054-3025
517226018      EDI: DISCOVER.COM Feb 22 2020 05:53:00      Discover Financial,    PO Box 3025,
               New Albany, OH 43054-3025
517262222      E-mail/Text: bankruptcy.bnc@ditech.com Feb 22 2020 01:36:32
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
517226021      EDI: TSYS2.COM Feb 22 2020 05:53:00      Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
517226022      EDI: TSYS2.COM Feb 22 2020 05:53:00      Dsnb Bloomingdales,    Attn: Bankruptcy,    PO Box 8053,
               Mason, OH 45040-8053
517226026      EDI: IIC9.COM Feb 22 2020 05:48:00      I C System,    PO Box 64378,    Saint Paul, MN 55164-0378
517335739      E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 22 2020 01:31:08     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517226030      E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 22 2020 01:31:10     Merrick Bank Corp,
               PO Box 9201,    Old Bethpage, NY 11804-9001
517226031      E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 22 2020 01:31:55     Merrick Bk,
               PO Box 9201,    Old Bethpage, NY 11804-9001
517330811     +EDI: MID8.COM Feb 22 2020 05:53:00      Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
517331656      EDI: Q3G.COM Feb 22 2020 05:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0312-3          User: admin                Page 2 of 3              Date Rcvd: Feb 21, 2020
                              Form ID: 148               Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517226036        EDI: RMSC.COM Feb 22 2020 05:53:00       Syncb/carecr,    950 Forrer Blvd,
                  Kettering, OH   45420-1469
517227000       +EDI: RMSC.COM Feb 22 2020 05:53:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517226037        EDI: RMSC.COM Feb 22 2020 05:53:00       Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                  PO Box 965060,    Orlando, FL  32896-5060
517226038        EDI: TFSR.COM Feb 22 2020 05:48:00       Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                  Parsippany, NJ  07054-4522
517226039        EDI: TFSR.COM Feb 22 2020 05:48:00       Toyota Motor Credit Co,    Toyota Financial Services,
                  PO Box 8026,    Cedar Rapids, IA  52408-8026
                                                                                                TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517226027*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    1111 Constitution Ave NW,
                   Washington, DC   20224-0001)
517267930*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517237022*       Internal Revenue Service,    POB 7346,    Philadelphia, PA 19101-7346
517226028*       Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                   Philadelphia, PA  19101-7346
517226035*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 283,
                   Trenton, NJ  08695-0283)
517267964*      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                          TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
```
              Albert  Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert Russo     docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Craig Scott Keiser    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Scott J. Goldstein    on behalf of Plaintiff Kay  Weisberger sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
```

```
District/off: 0312-3           User: admin                Page 3 of 3                  Date Rcvd: Feb 21, 2020
                               Form ID: 148               Total Noticed: 45


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Scott J. Goldstein    on behalf of Joint Debtor Kay  Weisberger sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Plaintiff Adam  Weisberger sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Debtor Adam  Weisberger sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10
               MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 16
```